**Paul J. HOUGH, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3026.

United States Court of Appeals, Federal Circuit.

Oct. 6, 2005.

Before MICHEL, Chief Judge, NEWMAN and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Hervis PAIGE, Jr., Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 04–7002.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2005.

Before RADER, LINN, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.